# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 15-MC-00008** |
| **VS.** | : | |
| **SHUHEL MAHBOOB ALI** | : | **MAGISTRATE JUDGE KAY** |

## ORDER SETTING CONSENT VERIFICATION HEARING

It has been determined that a consent verification hearing is necessary for the transfer of the above named defendant, **SHUHEL MAHBOOB ALI,** pursuant to 18 U.S.C. §§ 4100-4115, the International Prison Transfer Program.  In accordance with 28 U.S.C. §636(g), this matter has been referred to Magistrate Judge Kathleen Kay to hold the required hearing.

The consent verification hearing is **SCHEDULED** for **April 14, 2015 at 10:00 AM.**  At that time, the court will inform the defendant of the conditions of the transfer and determine if the defendant understands them.  The court will further verify that the defendant voluntarily consents to the transfer with full knowledge of the consequences.

**IT IS ORDERED** than an evidentiary hearing will be held in this action before Magistrate Kay in Courtroom 3 of the Edwin F. Hunter, Jr. Federal Courthouse, 611 Broad Street, Lake Charles, Louisiana, on **April 14, 2015 at 10:00 AM.**

**IT IS FURTHER ORDERED** that the Clerk of Court issue a *writ of habeas corpus ad testificandum* to Warden C. Maiorana at the Federal Detention Center in Oakdale, Louisiana, requiring that defendant be delivered and produced at the Edwin F. Hunter, Jr. Federal Courthouse, 611 Broad Street, Courtroom 3, Lake Charles, Louisiana on **April 14, 2015** prior to the **10:00 AM** evidentiary hearing.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the Western District

of Louisiana is hereby appointed to represent defendant at said hearing pursuant to 18 U.S.C. § 3006A.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order and the accompanying *Writ of Habeas Corpus Ad Testificandum* to defendant, Honorable Stephanie Finley, United States Attorney for the Western District of Louisiana, Honorable Rebecca Hudsmith, Federal Public Defender for the Western District of Louisiana, Warden C. Maiorana, and the United States Marshal for the Western District of Louisiana.

**THE UNITED STATES MARSHAL'S SERVICE IS DIRECTED** to make arrangements with the appropriate authorities to transport the petitioner to this court as soon as practicable, to produce him before the undersigned on **April 14, 2015** and to maintain custody of the petitioner throughout the evidentiary hearing, up to and including the return of petitioner to his place of detention following the conclusion of the evidentiary hearing.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27th day of March, 2015.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE