# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 15-MC-00008** |
| **VS.** | : | |
| **SHUHEL MAHBOOB ALI** | : | **MAGISTRATE JUDGE KAY** |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Honorable C. Maiorana
Federal Detention Center, Oakdale, Louisiana
Or any of his duly qualified deputies.

Honorable Henry L. Whitehorn, Sr.
United States Marshal for the Western District of Louisiana
Or any of his duly qualified deputies.

Honorable Stephanie Findley
United States Attorney for the Western District of Louisiana
for the Department of Homeland Security, U.S. Immigration and Customs Enforcement
Or any of his duly qualified deputies.

YOU ARE HEREBY COMMANDED to have the body of **SHUHEL MAHBOOB ALI**, by you restrained of his liberty, to be taken before the Honorable Kathleen Kay Magistrate Judge of the United States District Court for the Western District of Louisiana, Lake Charles Division at the Edwin F. Hunter Federal Courthouse, 611 Broad Street, Courtroom 3, Lake Charles, Louisiana, at **10:00 AM on April 14, 2015** for the purpose of participating in an evidentiary hearing in the above captioned matter, and have them then and there execute this writ. YOU ARE FURTHER COMMANDED to maintain custody of **SHUHEL MAHBOOB ALI**

throughout the trial and up to and including his return to the Federal Detention Center, Oakdale, Louisiana following the conclusion of the hearing.

  THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this <u>27th</u> day of <u>March</u>, 2015.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE