15-mc-00008

**Instructions:**

**Court:** If the prisoner declines to consent to the transfer, please have the prisoner execute this form. Please fax or email the executed form to the International Prisoner Transfer Unit (fax 202-514-9003) as soon as possible after the hearing and the Prisoner Transfer Unit will notify the foreign government and the United States Bureau of Prisons.

<u>WITHDRAWAL OF CONSENT TO TRANSFER BY FOREIGN NATIONAL</u>

I, _Isuhel Ali_ , hereby indicate that I am no longer interested
(PRISONER)

in being transferred to my home country to continue serving the sentence imposed on me by a court in

the United States.

_[signature]_     4/14/15
Signature of prisoner     Date

_58460-018_
Prisoner number

_Lake Charles, Louisiana_
Institution or hearing location (City, State or Country)

_[signature]_
Verifying Officer or Witness

_Kathleen Kay_
Print name and office

U.S. Magistrate Judge
Western District of
Louisiana

OEO/IPTU 22-WithdrawalFN
Revised August 2010