UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 15-MC-00008 |
| VS. | : | |
| SHUHEL MAHBOOB ALI | : | MAGISTRATE JUDGE KAY |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   Honorable C. Maiorana

I HAVE PARTIALLY/FINALLY EXECUTED THIS WRIT BY TAKING CUSTODY OF Ali AT Oakdale ON 4/10/15 AND DELIVERING him TO LCC FOR FURTHER TRANSFER TO Court
Whitehorn
U.S. MARSHAL
BY _____ DEPUTY U.S. MARSHAL

I HAVE PARTIALLY/FINALLY EXECUTED THIS WRIT BY TAKING CUSTODY OF Ali AT LCC ON 4/15/15 AND DELIVERING him TO Oakdale FOR FURTHER TRANSFER TO BOP
Whitehorn
U.S. MARSHAL
BY _____ DEPUTY U.S. MARSHAL

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
APR 15 2015
TONY R. MOORE, CLERK
BY _____ DEPUTY

throughout the trial and up to and including his return to the Federal Detention Center, Oakdale, Louisiana following the conclusion of the hearing.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27th day of March, 2015.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE